IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ibarra, Alfredo | Case Number:  05 B 17747 |
| | Judge:  Squires, John H |
| Printed:  10/9/07 | Filed:  5/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  August 9, 2007
Confirmed:  September 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,853.94 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,310.42 |
| Priority: | | 0.00 |
| Administrative: | | 1,599.20 |
| Trustee Fee: | | 444.31 |
| Other Funds: | | 500.01 |
| Totals: | 8,853.94 | 8,853.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,599.20 | 1,599.20 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 1,983.69 | 1,983.69 |
| 5. | ECast Settlement Corp | Unsecured | 386.72 | 386.72 |
| 6. | ECast Settlement Corp | Unsecured | 228.01 | 228.01 |
| 7. | Discover Financial Services | Unsecured | 1,426.28 | 1,426.28 |
| 8. | Peoples Energy Corp | Unsecured | 34.21 | 0.00 |
| 9. | Sherman Acquisition | Unsecured | 422.15 | 422.15 |
| 10. | Acme Continental Credit Union | Unsecured | 1,023.66 | 1,023.66 |
| 11. | Sherman Acquisition | Unsecured | 839.91 | 839.91 |
| 12. | Fleet Bank | Secured | | No Claim Filed |
| 13. | Fleet Bank | Secured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | MBNA America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,943.83 | $ 7,909.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 164.77 |
| 5% | 22.63 |
| 4.8% | 63.78 |
| 5.4% | 193.13 |
| | _____ |
| | $ 444.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ibarra, Alfredo | Case Number:  05 B 17747 |
| | Judge:  Squires, John H |
| Printed:  10/9/07 | Filed:  5/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_